**Robert Lee DAVIS, Plaintiff–Appellant,**

v.

**Russell G. WALKER, Jr., N.C. Superior Court Judge, in his official and individual capacities; Joe Freeman Britt, N.C. Superior Court Judge, in his official and individual capacities; Michael Easley, N.C. Attorney General, in his official and individual capacities; James C. Fox, U.S. District Court Judge, in his official and individual capacities; W. Earl Britt, U.S. District Court Judge, in his official and individual capacities; Malcolm J. Howard, U.S. District Court Judge, in his official and individual capacities; Terrence W. Boyle, U.S. District Court Judge, in his official and individual capacities; Wallace W. Dixon, U.S. Magistrate Judge, in his official and individual capacities; David W.**

Daniel, U.S. District Court, in his official and individual capacities; Janice M. Cole, U.S. Attorney, in her official and individual capacities; Paul M. Newby, Assistant U.S. Attorney, in his official and individual capacities; Stan Todd, Assistant District Attorney, in his official and individual capacities; Richard Townsend, Robeson County District Attorney, in his official and individual capacities; Mark Bradley, City Police Officer, in his official and individual capacities; Don Ward, City Police Officer, in his official and individual capacities; Harry Dolan, Chief of Police, in his official and individual capacities; Frankie G. Floyd, private citizen, in her individual capacity; Jamie Michelle Floyd, private citizen, in her individual capacity, Defendants–Appellees.

**Robert Lee Davis, Plaintiff–Appellant,**

v.

**Public Schools of Robeson County, Board of Education, in its official capacity; Douglas Y. Yongue, in his official and individual capacities; Arnold Locklear, in his official and individual capacities; Tommy D. Swett, in his official and individual capacities; Beth Williamson, in her official and individual capacities; Abner Harrington, in his official and individual capacities; Mike Smith, in his official and individual capacities; Paul Brooks, in his official and individual capacities; Robert Deese, in his official and individual capacities; Berry Harding, in his official and individual capacities; James C. Fox, U.S. District Court Judge, in his official and individual capacities; W. Earl Britt, U.S. District Court Judge, in his official and individual capaci-**

ties; Malcolm J. Howard, U.S. District Court Judge, in his official and individual capacities; Terrence W. Boyle, U.S. District Court Judge, in his official and individual capacities; Stacey L. Fuller, Private Individual, in her individual capacity; Kelvin Stone, U.S. Marshal, in his individual and official capacities, Defendants–Appellees.

Nos. 99–2577, 00–1838.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 9, 2001.

Decided Aug. 14, 2001.

Robert Lee Davis, pro se. David Fred Hoke, Assistant Attorney General, Raleigh, North Carolina; Jerri Ulrica Dunston, Office of the United States Attorney; Patricia Pursell Kerner, Bailey & Dixon, Raleigh, NC; Alexander M. Hall, Hall, Horne & Sullivan, L.L.P., Wilmington, NC, for appellees.

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

PER CURIAM.

Robert Lee Davis appeals the district court's orders denying his civil action, motion to reconsider, and "opposition" to District Judge Osteen ruling on his action. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the rea-

soning of the district court. *See* No. 99–2577, *Davis v. Walker,* No. CA–98–116–7–F (E.D.N.C. Sept. 22, 1999; Oct. 22, 1999); No. 00–1838, *Davis v. Public Sch. of Robeson Cty.,* No. MISC–99–2–5 (E.D.N.C. filed June 9, 2000; entered June 14, 2000). We also dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*